FILED

JUL 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., | No. 13-80078 |
| Plaintiffs - Respondents, | D.C. No. 2:12-cv-00601-NVW |
| v. | District of Arizona, |
| | Phoenix |
| CHARLES L. RYAN and RICHARD PRATT, | ORDER |
| Defendants - Petitioners. | |

Before: KOZINSKI, Chief Judge, CANBY and TALLMAN, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's March 6, 2013 order granting class action certification and March 22, 2013 order denying petitioners' motion for reconsideration of the March 6, 2013 order. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

If petitioners timely perfect the appeal pursuant to Federal Rule of Appellate Procedure 5(d), the resulting appeal shall be expedited.

jp/MOATT

Petitioners shall designate the reporter's transcript for the appeal by July 17, 2013.  The transcript is due August 7, 2013.  The opening brief and excerpts of record are due August 21, 2013; the answering brief is due September 11, 2013; and the optional reply brief is due within 7 days after service of the answering brief.

Following the completion of briefing, the appeal shall be placed on the first available oral argument calendar.